IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATEO VILLAFUERTE ANDA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-cv-526 |
| | § | |
| DELBERT BATES and | § | |
| FLIPPO FAST FREIGHT, INC. | § | JURY TRIAL REQUESTED |

## NOTICE OF REMOVAL UNDER 28 U.S.C. §1441

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, FLIPPO FAST FREIGHT, INC., files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, showing the following basis for removal.

### INTRODUCTION

1.    Plaintiff, MATEO VILLAFUENTE ANDA, filed Plaintiff's Original Petition against Defendants initiating a lawsuit under Cause No. 2021-55866, pending in the 133rd Judicial District Court of Harris County, Texas.

2.    Defendant DELBERT BATES has not been served.

3.    Defendant FLIPPO FAST FREIGHT, INC., was served with the Plaintiff's Original Petition on February 4, 2022.

4.    This original Notice of Removal is filed within thirty days of service upon Defendant FLIPPO FAST FREIGHT, INC., the statutory period for removal as required under 28 U.S.C. §1446(b).

### JURISDICTION

5.    This court has removal jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1441 and 1446 and based upon diversity of citizenship under 28 U.S.C. §1332. Plaintiff

MATEO VILLAFUENTE ANDA is an individual domiciled in Texas and a citizen of this state. Defendant DELBERT BATES is an individual domiciled in Alabama and therefore is a citizen of that state. FLIPPO FAST FREIGHT, INC., is incorporated in the state of Alabama with its principal place of business in Alabama and therefore a citizen of that state. Thus, there is diversity of citizenship between Plaintiff and Defendants.

6.      All Defendants who have been properly joined and served, join in or consent to the removal of this case to federal court as required by 28 U.S.C. §1446(b)(2)(A).

7.      Consistent with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $250,000 in his Original Petition. Plaintiff seeks to recover damages for: past and future medical expenses; past and future physical pain; past and future mental anguish; past and future physical impairment; and past and future disfigurement; loss of income and reduced wage-earning capacity, past and future; pre-judgment interests and costs of court; and property damage. Therefore, the amount in controversy exceeds $75,000, excluding interest and costs, consistent with 28 U.S.C. §1332(a).

8.      All pleadings, process, orders, and other filings in the state court action in the possession of Defendant is attached to this notice as required by 28 U.S.C. §1446(a).

9.      Venue is proper in this district and division under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district and division.

10.     Defendant, FLIPPO FAST FREIGHT, INC., will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

**JURY DEMAND**

11.     Plaintiff did not demand a jury in the state court suit. Defendant requests

one with the filing of this removal.

## CONCLUSION

For these reasons, Defendant, FLIPPO FAST FREIGHT, INC., therefore gives notice of Defendant's removal of this lawsuit to this Court, and an automatic stay of further proceedings in state district court.

Respectfully submitted,

Robert L. Ramey
Southern District No. 5535
State Bar No. 16498200
rlr@ramey-chandler.com
750 Bering, Suite 600
Houston, Texas 77057
(713) 266-0074
(713) 266-1064 (*facsimile*)
**(Do not use above emails for service of documents)**

### Designated E-Service Email Address

The following is the designation of electronic service email address for the above attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a): RCQZ-ESERVICE@RAMEY-CHANDLER.COM. This is the ONLY electronic service email address for the above attorney(s), and service through any other email address will be considered invalid.

**ATTORNEYS FOR DEFENDANT, FLIPPO FAST FREIGHT, INC.**

OF COUNSEL:
RAMEY, CHANDLER, QUINN & ZITO, PC

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record in accordance with TEX. R. CIV. P. 21a on the 17th day of February, 2022.

Allen A. King, Jr.                                                                    *E-File*
CRIM & VILLALPANDO, PC
2122 E. Governors Circle
Houston, Texas  77092

_____
Robert L. Ramey

4