IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATEO VILLAFUERTE ANDA | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-526 |
| DELBERT BATES and FLIPPO FAST FREIGHT, INC. | § § § | JURY TRIAL REQUESTED |

**DEFENDANT FLIPPO FAST FREIGHT, INC.'S INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§1441 and 1446 and Local Rule 81, FLIPPO FAST FREIGHT, INC., Defendant in the above-entitled and numbered cause, files the following documents with the removed action:

1. State Court Docket Sheet;
2. Plaintiff's Original Petition;
3. Citation upon Defendant Flippo Fast Freight, Inc.;
4. Defendant Flippo Fast Freight, Inc.'s Notice of Removal;
5. Civil Cover Sheet;
6. Index of Documents Filed with Removal; and
7. List of Parties, Attorneys and Court from Which Case is Being Removed.

Respectfully submitted,

_____
Robert L. Ramey
Southern District No. 5535
State Bar No. 16498200

rlr@ramey-chandler.com
750 Bering, Suite 600
Houston, Texas 77057
(713) 266-0074
(713) 266-1064 (*facsimile*)
**(Do not use above emails for service of documents)**

**Designated E-Service Email Address**
The following is the designation of electronic service email address for the above attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a): RCQZ-ESERVICE@RAMEY-CHANDLER.COM. This is the ONLY electronic service email address for the above attorney(s), and service through any other email address will be considered invalid.

**ATTORNEYS FOR DEFENDANT,
FLIPPO FAST FREIGHT, INC.**

OF COUNSEL:
RAMEY, CHANDLER, QUINN & ZITO, PC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record in accordance with TEX. R. CIV. P. 21a on 17th day of February, 2022.

Allen A. King, Jr.
CRIM & VILLALPANDO, PC
2122 E. Governors Circle
Houston, Texas 77092

*E-File*

_____
Robert L. Ramey

2