IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATEO VILLAFUERTE ANDA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-cv-526 |
| | § | |
| DELBERT BATES and | § | |
| FLIPPO FAST FREIGHT, INC. | § | JURY TRIAL REQUESTED |

**DEFENDANT'S LIST OF PARTIES, ATTORNEYS
AND COURT FROM WHICH CASE IS BEING REMOVED**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**Plaintiff:**                                    **MATEO VILLAFUERTE ANDA**

Counsel for Plaintiff:                    Allen A. King, Jr.
                                                    State Bar No.11433490
                                                    Allen@cvinjurylawyers.com
                                                    CRIM & VILLALPANDO, PC
                                                    2122 E. Governors Circle
                                                    Houston, Texas  77092
                                                    (713) 807-7800
                                                    (713) 807-8852 *(facsimile)*

**Defendant:**                                **DELBERT BATES**

Counsel for Defendant                Has not been served.
Delbert Bates:

**Defendant:**                                **FLIPPO FAST FREIGHT, INC.**

Counsel for Defendant                Robert L. Ramey
Flippo Fast Freignt, Inc.:               Southern District No. 5535
                                                    State Bar No. 16498200
                                                    rlr@ramey-chandler.com
                                                    RAMEY, CHANDLER, QUINN & ZITO PC
                                                    750 Bering, Suite 600
                                                    Houston, Texas 77057

(713) 266-0074
(713) 266-1064 (*facsimile*)

**Court from which case is being removed:**   **Judge Jaclanel McFarland**
133rd Civil District Court
Harris County Civil Courthouse
201 Caroline, 11th Floor
Houston, Texas 77002
(832) 927-2480

Respectfully submitted,

Robert L Ramey
Southern District No. 5535
State Bar No. 16498200
rlr@ramey-chandler.com
750 Bering, Suite 600
Houston, Texas 77057
(713) 266-0074
(713) 266-1064 (*facsimile*)
**(Do not use above emails for service of documents)**

**Designated E-Service Email Address**
The following is the designation of electronic service email address for the above attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a): RCQZ-ESERVICE@RAMEY-CHANDLER.COM. This is the ONLY electronic service email address for the above attorney(s), and service through any other email address will be considered invalid.

**ATTORNEYS FOR DEFENDANT,**
**FLIPPO FAST FREIGHT, INC.**

OF COUNSEL:
RAMEY, CHANDLER,  QUINN & ZITO, PC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record in accordance with TEX. R. CIV. P. 21a on the 17th day of February, 2022.

Allen A. King, Jr.                                                                    *E-File*
CRIM & VILLALPANDO, PC
2122 E. Governors Circle
Houston, Texas  77092

Robert L. Ramey